

William Downes – Associate
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
wdownes@mizrahikroub.com
www.mizrahikroub.com

July 14, 2022

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Tavarez v. Romina Furniture Limited Liability Company*, Case No. 1:21-cv-10006

Dear Judge Abrams:

We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced class action. We respectfully write on behalf of Plaintiff to request an extension of the mediation referral and stay of the case through September 1, 2022, due to the ongoing medical treatment of Plaintiff. Plaintiff has been injured, underwent surgery outside of the United States, and remains in the Dominican Republic recovering. Due to this ongoing situation, Plaintiff was unable to participate in a mediation, and progress on the case has been unavoidably delayed. Plaintiff therefore humbly requests that the mediation deadline be adjourned, and the case stayed, with Plaintiff to submit a status update to the Court on September 1, 2022.

Respectfully submitted,
/s/ *William Downes*
William Downes, Esq.

Cc: All Counsel of Record (via ECF)

Application granted.

The Court wishes Plaintiff a healthy recovery.

SO ORDERED.

_____
Hon. Ronnie Abrams
07/15/2022